UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:17-CR-195-1H



UNITED STATES OF AMERICA

vs.

ORDER

KELLY SHADROME ANDERSON

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on April 23, 2018 be turned over to Special Agent Ernest Powers, ATF-TFO to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 8 | Handgun |
| 15 | Ammo |

This 23rd day of April, 2018.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE

Agent's Signature: _____