IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00195-H-1

UNITED STATES OF AMERICA      :
                              :
       v.                     :
                              :
KELLY SHADROME ANDERSON       :

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the defendant being found guilty by verdict of a jury to the charge contained in the Criminal Indictment on April 24, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm and ammunition used in knowing violation of 18 U.S.C. §§ 922(g)(1) and 924, to wit; a Para-Ordinance model 7.45 LDA .45 caliber pistol, serial no. P100272; and any and all related ammunition;

AND WHEREAS, by virtue of the entry of the verdict, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

1

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the entry of the verdict as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This _11_ day of Sept, 2018.

MALCOLM J. HOWARD
Senior United States District Judge